IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 7 MR WCM

| ARCHIE LEE HOLTON and BROOKSAYNE HOLTON, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | ORDER |
| FREEDOM MORTGAGE CORPORATION, | ) |  |
| Defendant. | ) |  |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 2) filed by Kelly Eisenlohr-Moul. The Motion indicates that Ms. Eisenlohr-Moul, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that she seeks the admission of Amanda Gianninoto, who the Motion represents as being a member in good standing of the Bars of the States of New Jersey, California, and New York. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 2) and **ADMITS** Amanda Gianninoto to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 9, 2020

*W. Carleton Metcalf*
W. Carleton Metcalf
United States Magistrate Judge