IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 7 MR WCM

| | |
|---|---|
| ARCHIE LEE HOLTON and BROOKSAYNE HOLTON ) ) ) Plaintiffs, ) v. ) ) FREEDOM MORTGAGE ) CORPORATION ) ) Defendant. ) ) | ORDER |

This matter is before the Court on the Stipulation to Extend Time to Respond to Complaint by 30 Days (the "Stipulation," Doc. 5), which indicates the parties have stipulated that Defendant's answer or other responsive pleadings shall be due on or before February 14, 2020.

While counsel are commended for working cooperatively, the validity of the Stipulation is questionable without Court approval. See <u>DeVary v. Countrywide Home Loans, Inc.</u>, 701 F. Supp. 2d 1096, 1110 (D. Minn. 2010) (collecting cases).

Consequently, the Court will construe the Stipulation as being an Unopposed Motion for Extension of Time, which will be allowed.

1

Accordingly, the deadline for Defendant Freedom Mortgage Corporation to file its answer or otherwise respond to Plaintiffs' Complaint is **EXTENDED** through and including February 14, 2020.

Signed: January 10, 2020

W. Carleton Metcalf
United States Magistrate Judge