IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 7 MR WCM

| | |
|---|---|
| ARCHIE LEE HOLTON and BROOKSAYNE HOLTON<br><br>Plaintiff,<br><br>v.<br><br>FREEDOM MORTGAGE CORPORATION<br><br>Defendant. | ORDER |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 12) filed by Kelly Eisenlohr-Moul. The Motion indicates that Ms. Eisenlohr-Moul, a member in good standing of the Bar of this Court, is local counsel for Defendant and that she seeks the admission of David A. Zulandt, who the Motion represents as being a member in good standing of the Bar of the State of Ohio. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 12) and **ADMITS** David A. Zulandt to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: April 23, 2020

W. Carleton Metcalf
United States Magistrate Judge